HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VLADIMIR SYVYY and LYDIA SYVYY, individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL WAWRZYCKI, in his individual and official capacity; UNKNOWN IMMIGRATION AND CUSTOMS AGENTS JOHN DOE 1-10, in their individual capacity; PIERCE COUNTY; UNKNOWN PIERCE COUNTY SHERIFF'S DEPUTIES JOHN DOE 1-10, in their individual capacity; KING COUNTY; UNKNOWN KING COUNTY SHERIFF'S DEPUTIES JOHN DOE 1-10, in their individual and official capacity; CITY OF ORTING; MATTHEW ELLER, in his individual and official capacity,<br><br>    Defendants. | No. C10-5073-RBL<br><br><br>ORDER ON DEFENDANT WAWRZYCKI'S MOTION FOR RECONSIDERATION [Dkt. #36] |

This matter is before the Court on Defendant Wawrzycki's Motion for Reconsideration [Dkt. #36]. The Court has reviewed and considered the Motion.

Under Local Rule 7, Motions for Reconsideration are disfavored, and will ordinarily be denied absent a showing of manifest error, or a new factual or legal basis which could not have been raised earlier. Local Rule 7(h). This standard has not been met in this case, and the Court will not Reconsider its prior ruling [Dkt. #33].

ORDER - 1

It is ORDERED that Defendant Wawrzycki's Motion for Reconsideration [Dkt. #36] is DENIED.

**IT IS SO ORDERED.**

Dated this 9th day of July, 2010.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE